Case 2:18-cv-00619-JCH-GBW   Document 59   Filed 03/18/21   Page 1 of 2

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 18 2021
MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CARNELL HUNNICUTT, SR.
Plaintiff,

v.                                    No. 2:18-cv-00619-JCH-GBW

RAYMOND SMITH, D. VASQUEZ, EDDIE
SOLOMON, MINDY ORTEGA, MORIAMA
VALERIANO, GERMAN FRANCO, and GEO
GROUP, INC.
Defendants.

## PLAINTIFF'S MOTION FOR LEAVE TO FILE SURREPLY TO DEFENDANT GEO AND DEFENDANT ORTEGA'S MOTION FOR SUMMARY JUDGMENT

Plaintiff Carnell Hunnicutt, Sr., pursuant to D.N.M. LR-Civ. 7.4(b) respectfully request leave of Court to file a surreply to Defendant(s) GEO Group, Inc. and Mindy Ortega Motion for Summary Judgment.

1. Plaintiff seeks to comply with the Court rules and procedural requirements.

2. Plaintiff re-submits his Motion in Opposition to Defendants' Motion for Summary Judgment and Memorandum of Law in Support, with Affidavit and exhibits.

Respectfully submitted,

C_M_V_____ 77910
CARNELL HUNNICUTT, SR. Pro Se
SNMCF 2AB106
PO Box 639
LAS CRUCES, NM 88004

I hereby certify a copy of the foregoing was mailed on this 15th day of March, 2021, via institutional mail to:

April D. White - YLAW, P.C.
4908 Alameda Blvd. NE
Albuquerque, NM 87113

Park & Associates, LLC
Geoffrey D. White
3840 Masthead St NE
Albuquerque, NM 87109

C_M_V_

CARNELL HUNNICUTT, SR. 7740
SNMCF 2A B106
P.O. Box 639
Las Cruces, NM 88004

LEGAL MAIL

LEGAL MAIL

EL PASO TX 798
16 MAR 2021 PM 2 L

Hasler
FIRST-CLASS MAIL
US POSTAGE
$000.71
ZIP 88004
011E11677301

RECEIVED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAR 18 2021
MITCHELL R. ELFERS
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK - SUITE 270
333 LOMAS BLVD. N.W.
ALBUQUERQUE, NEW MEXICO 87102